# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TIA MASSEY,

    Plaintiff,

v.                                       Case No: 8:24-cv-1207-WFJ-TGW

EQUIFAX INFORMATION SERVICES
LLC,

    Defendant.

_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 5)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on May 22, 2024.

                                 s/*William F. Jung*
                                **WILLIAM F. JUNG**
                                **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record